IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID ALLEN FREEMAN, ROXANNE G. FREEMAN, and RONNIE LEE WILSON, JR. | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 1:22-cv-00134-HSO-BWR |
| v. | ) ) ) | |
| WELLS FARGO BANK, N.A., DEAN MORRIS, LLC, trustee, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GRAND BANK FOR SAVINGS, FSB, and JOHN DOES 1-10 DEFENDANTS | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS DAY THIS CAUSE came on for consideration on the joint *ore tenus* motion of Plaintiffs David Allen Freeman, Roxanne G. Freeman and Ronnie Lee Wilson, Jr. and Defendant, Dean Morris, LLC, to dismiss this action without prejudice as to Defendant Dean Morris, LLC with the parties to bear their own costs, and the Court being fully advised in the premises, filed that the joint *ore tenus* Motion to Dismiss Plaintiffs' claims against Defendant Dean Morris, LLC without prejudice is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that Plaintiffs' Complaint and all claims and causes of action contained therein against Defendant Dean Morris, LLC be and the same are hereby dismissed without prejudice with all parties to bear their own costs.

SO ORDERED this the 2nd day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Agreed and approved by:

*/s/ Elizabeth Crowell Price*
Elizabeth Crowell Price, MSB #103676
Dean Morris, LLC
855 S. Pear Orchard Rd., Ste. 404, Bldg. 400
Ridgeland, Mississippi 39157
Telephone: 318-330-9020
elizabeth.price@ms.creditorlawyers.com
*Attorney for Dean Morris, LLC*


*/s/ Matthew S. Lott (with permission)*
Matthew S. Lott, MSB #100783
The Lott Law Firm, PLLC
3318 Pascagoula St., Suite C
Pascagoula, MS 39567
Telephone: 228-806-0975
matt@mattlottlaw.com
*Attorney for Plaintiffs*


*/s/ Joshua W. Stover (with permission)*
Joshua W. Stover, MSB #105472
Reid S. Manley, MSB #100916
Burr & Forman LLP
190 E. Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: 601-355-3434
jstover@burr.com
rmanley@burr.com
*Attorneys for Wells Fargo Bank, N.A.*
*and Mortgage Electronic Registration Systems, Inc.*